1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §S 1983**

2  Name  Hill         Willie         T.
3         (Last)        (First)       (Initial)

4  Prisoner Number  V-79683

5  Institutional Address  5325 Broder Blvd.

6  ================================================================

7         UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA

8  Willie Tolliver Hill
9  (Enter the full name of plaintiff in this action.)

10                    vs.                    Case No.  CV 07  5963
11  Oakland Police Officer                   (To be provided by the Clerk of Court)
12  Chavez #8676                             **COMPLAINT UNDER THE**
                                             **CIVIL RIGHTS ACT,**
13  _____         Title 42 U.S.C § 1983

14  _____

15  (Enter the full name of the defendant(s) in this action)

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.     Exhaustion of Administrative Remedies.

18         **[Note:** You must exhaust your administrative remedies before your claim can go

19         forward. The court will dismiss any unexhausted claims.]

20         A.    Place of present confinement  Santa Rita Jail

21         B.    Is there a grievance procedure in this institution?

22               YES (✓)    NO ( )

23         C.    Did you present the facts in your complaint for review through the grievance

24               procedure?

25               YES ( )    NO (✓)

26         D.    If your answer is YES, list the appeal number and the date and result of the

27               appeal at each level of review. If you did not pursue a certain level of appeal,

28               explain why.

COMPLAINT                        - 1 -

1 Police Officer, And Officer Stiles of
2 Oakland Police Department Badge No
3 #8715
4 _____

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On 10/05/07 Officer Chavez Badge#8676 Pull me over in a Patrol Car, with No Siren dam were Ran me over, And Scared me half To death, Chase me And Pull his Billy Club out as he was going to Beat me For Some Reason or Another, Arrested me, And Also got on a Witness Stand Against me. Lied in front of A Judge. Stated That I was Riding A Bicycle on a Curb. And I did Have The Proper lights which I did. Then Officer Chavez offered To let me go if I told on Someone Else.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Set an Example, on Officer Chavez #Badge No 8676 For Falsly Pulling me Over and lying in front of A Judge to

COMPLAINT            - 3 -

1          1. Informal appeal _____
2          _____
3          _____
4          2. First formal level_____
5          _____
6          _____
7          3. Second formal level_____
8          _____
9          _____
10        4. Third formal level _____
11        _____
12        _____
13    E.    Is the last level to which you appealed the highest level of appeal available to
14        you?
15            YES ( )    NO ( )
16    F.    If you did not present your claim for review through the grievance procedure,
17 explain why. Because went To The Alimony
18 Hearing in front of a Judge for a
19 Dissmissal
20 II.    Parties.
21    A.    Write your name and your present address. Do the same for additional plaintiffs,
22        if any.
23 Willie T. Hill 1717 Coilfornio Drive
24 Vacaville Ca 95687
25
26    B.    Write the full name of each defendant, his or her official position, and his or her
27        place of employment.
28 Officer Chavez Badge # 8676 Oakland

COMPLAINT                 - 2 -

To Have me Bound over To Be sentence for a controlled Subject That He later on found. And To Pay me for lost Wages And mental stress and Damages.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __09__ day of __November__, 20__07__

_____Wallie T Hill_____
(Plaintiff's signature)

COMPLAINT                              - 4 -