FILED
RECEIVED

JAN 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 07 5963 CW.

Re
Date
1/20/07

Hicy Hill, When I received your Notice To fill out a In-forma Pauperis Application, did so in Santa Rita Jail. I gave Christy Nixon who worked in Building 33 post, To turn in the Certificate of funds in Prisoner's Account, And I never Received it Back with the Time Limit Granted By The Courts. And Now I'm Shy To Tracy, And will Be at 1717 california dr Apt 405 Vacaville ca 95687 for future Reply Thank you

3Willie H Hill

Mail