IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE T. HILL,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICER CHAVEZ,<br><br>    Defendant.                    / | No. C 07-05963 CW (PR)<br><br>JUDGMENT |

    The Court has dismissed this action without prejudice because Plaintiff failed to complete the <u>in forma pauperis</u> application or pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 1/14/08

                                    CLAUDIA WILKEN<br>                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIE T. HILL,

    Plaintiff,

 v.

CHAVEZ et al,

    Defendant.

Case Number: CV07-05963 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Tolliver Hill V-79683
C-W-113UP
P.O. Box 600
Tracy, CA 95378-0600

Dated: January 14, 2008

             Richard W. Wieking, Clerk
             By: Sheilah Cahill, Deputy Clerk

P:\PRO-SE\CW\CR.07\Hill5963.jud.wpd   2